

ORDERED in the Southern District of Florida on October 29, 2018.

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
*www.flsb.uscourts.gov*

In re:                                                                Case No. 18-15399-AJC

EDUARDO R. PEREZ AND                          Chapter 7
ESPERANZA C. PEREZ

          Debtors.
_____/

**ORDER APPROVING *EX-PARTE* APPLICATION FOR APPROVAL
OF EMPLOYMENT OF HYLTON WYNICK, CIRA, CRFAC AND YIP
ASSOCIATES AS FINANCIAL ADVISORS TO ROSS R. HARTOG,
CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO OCTOBER 09, 2018**

**THIS MATTER** having come before the Court upon the *Ex-Parte Application for Approval of Employment of Hylton Wynick, CIRA, CRFAC and Yip Associates as Financial Advisors to Ross R. Hartog, Chapter 7 Trustee, Nunc Pro Tunc to* (the "**Application**") [ECF No. 42] and the *Affidavit of Hylton Wynick, CIRA, CRFAC on behalf of Yip Associates as Proposed Financial Advisors to Ross R. Hartog, Chapter 7 Trustee, Nunc Pro Tunc to October 09, 2018*

(the "**Wynick Affidavit**") attached to the Application as **Exhibit "A"**, the Application requests entry of an order approving the Trustee's employment of Hylton Wynick, CIRA, CRFAC and Yip Associates.

The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C § 157(b)(2)(A).  The relief requested in the Application is in the best interests of the estate and the creditors.  The Wynick Affidavit makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016.  The Wynick Affidavit contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that  Hylton Wynick, CIRA, CRFAC and Yip Associates are disinterested as required by 11 U.S.C § 327(a) and Fed. R. Bankr. P. 2014, the Court is authorized to grant the relief requested in the Application.

Upon the representations that Hylton Wynick, CIRA, CRFAC and Yip Associates hold no interest adverse to the Trustee or the bankruptcy estate in the matters upon which it is to be engaged, that Hylton Wynick, CIRA, CRFAC and Yip Associates are disinterested persons as required by 11 U.S.C § 327(a) and have disclosed any connections with parties set forth in Fed. Bankr. R. P. 2014, and that their employment is necessary and would be in the best interests of the estate, it is **ORDERED** as follows:

1.  The Application is **GRANTED**.

2.  The employment of Yip Associates as Financial Advisors to the Trustee in this Chapter 7 case is **APPROVED** pursuant to 11 U.S.C § 327(a).

3.  The Trustee is authorized to employ  Hylton Wynick, CIRA, CRFAC and Yip Associates as financial advisors to perform the services enumerated in the Application *nunc pro tunc* to October 09, 2018 .

4.        Yip Associates shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C §§ 330 and 331, at its standard rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

5.        This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein in accordance with the applicable statutes and procedures.

# # #

Submitted by:

John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
Counsel to Chapter 7 Trustee
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*