UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 18-15399-AJC |
|---|---|
| EDUARDO R. PEREZ and ESPERANZA C. PEREZ | Chapter 7 |
| Debtors./ | |

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 11

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

    If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

    If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 11 | Ocean Bank | $726,595.00 (Secured)<br>$2,654,736.11 (Unsecured) | **Objection:** The property securing Ocean Bank's Claim is limited to only one real property located at 314 Windley Road, Key Largo, Florida 33037 (the "Real Property"). Accordingly, the secured portion of the Claim should be limited to the value of the Real Property, net of ordinary and reasonable closing costs.<br>**Recommended Disposition:** Claim Number 11 should be allowed as a secured claim in the amount of $345,000.00, an amount that is equal to 100% of the estimated proceeds of the sale of the Real Property, net of ordinary and reasonable closing costs, and a general unsecured claim in the amount of $3,036,331.11. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served (1) on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case, and (2) U.S. Regular Mail to the above-referenced Claimant, on April 22, 2019.

Dated: April 22, 2019         MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 S. Dadeland Boulevard Suite 1800
Miami, Florida 33156
Telephone: (305)670-5000
Facsimile: (305)670-5011

By:       /s/  John H. Lee
         JOHN H. LEE
         Florida Bar No. 91795
         E-mail: jlee@mrthlaw.com

*In re: Eduardo R. Perez & Esperanza C. Perez*
Case No. 18-15399-AJC
<u>Service List</u>

**18-15399-AJC Notice will be electronically mailed to:**

Brian S Dervishi on behalf of Creditor Ocean Bank
bdervishi@wdpalaw.com, service@wdpalaw.com

Ross R Hartog
rhartog@mrthlaw.com,FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com; rrh@trustesolutions.net; rhartog@ecf.courtdrive.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,ecfnotices@mrthlaw.com, mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com; markowitzjr73991@notify.bestcase.com,jlee@ecf.courtdrive.com

Louis K. Nicholas II, Esq. on behalf of Creditor Ocean Bank
lnicholas@oceanbank.com, mguerra@oceanbank.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Paul L. Orshan, Esq. on behalf of Debtor Eduardo R. Perez
paul@orshanpa.com, seelenams@gmail.com

Paul L. Orshan, Esq. on behalf of Joint Debtor Esperanza C. Perez
paul@orshanpa.com, seelenams@gmail.com

Peter A Tappert, Esq. on behalf of Creditor Ocean Bank
ptappert@wdpalaw.com, service@wdpalaw.com

**18-15399-AJC Notice will be mailed via first class mail to:**

Louis K. Nicholas II, Esq.
780 NW 42 Avenue, Suite 500
Miami, FL 33126

Peter Tappert, Esq.
WEISSMAN & DERVISHI, P.A
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131

Brian S. Dervishi, Esq.
WEISSMAN & DERVISHI, P.A
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131