

**ORDERED in the Southern District of Florida on May 6, 2019.**

*A. Jay Cristol*
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| IN RE: | CASE NO.: 18-15399-AJC |
|---|---|
| EDUARDO R. PEREZ and ESPERANZA C. PEREZ | Chapter 7 |
| Debtors./ | |

**AGREED ORDER SUSTAINING
TRUSTEE'S OBJECTION TO PROOF OF CLAIM # 11**

**THIS MATTER** having been considered without hearing upon the *Trustee's Objection to Proof of Claim No. 11* (the "Objection") [ECF No. 84], in which the Trustee objected to Proof of Claim Number 11 filed by Ocean Bank. The Court having considered the Objection, noting the agreement of the parties and otherwise being duly advised in the premises, finds good cause to grant the Objection. Accordingly it is

**ORDERED** as follows:

1. The Trustee's Objection to the following claim is sustained:

| Claim Holder | Claim Number | Disposition |
|---|---|---|
| Ocean Bank | 11 | Claim Number 11 shall be allowed as a general unsecured claim in the amount of $3,036,041.10. Any secured portion of the claim shall be stricken in full as Ocean Bank received $345,290.01 from the closing of the sale of real property located at 314 Windley Road, Key Largo, Florida 33037. |

# # #

**Submitted by:**
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*