UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | § | Case No. 18-15399-AJC |
|---|---|---|
| | § | |
| EDUARDO R. PEREZ | § | |
| ESPERANZA C. PEREZ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ross R. Hartog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $430,300.00 | Assets Exempt: | $38,245.00 |
| Total Distributions to Claimants: | $503,572.42 | Claims Discharged Without Payment: | $6,171,490.90 |
| Total Expenses of Administration: | $118,654.53 | | |

3) Total gross receipts of $622,226.95 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $622,226.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $508,463.00 | $1,071,599.07 | $345,004.07 | $345,004.07 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $118,654.53 | $118,654.53 | $118,654.53 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $3,271,600.08 | $2,799,823.00 | $3,181,127.99 | $158,568.35 |
| **Total Disbursements** | $3,780,063.08 | $3,990,076.60 | $3,644,786.59 | $622,226.95 |

4). This case was originally filed under chapter 7 on 05/04/2018. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2019          By: /s/ Ross R. Hartog
                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 314 Windley Road, Key Largo, FL | 1110-000 | $385,000.00 |
| Transfers by and between the Debtor/Nated Investments | 1241-000 | $237,226.95 |
| **TOTAL GROSS RECEIPTS** | | $622,226.95 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11-S | Ocean Bank | 4110-000 | $0.00 | $726,595.00 | $0.00 | $0.00 |
| | Adjustment of Maintenance Fees from 4/30/2019 to 9/30/9 [Ref. Lines 409 and 410] | 4110-000 | $0.00 | ($285.95) | ($285.95) | ($285.95) |
| | Payoff of First Mortgage (Ocean Bank) [Ref. Line 504] | 4110-000 | $0.00 | $345,290.02 | $345,290.02 | $345,290.02 |
| | Ally Financial | 4110-000 | $28,177.00 | $0.00 | $0.00 | $0.00 |
| | Chase Mortgage | 4110-000 | $159,274.00 | $0.00 | $0.00 | $0.00 |
| | Hyundai Motor Finance | 4110-000 | $5,012.00 | $0.00 | $0.00 | $0.00 |
| | Ocean Bank | 4110-000 | $316,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $508,463.00 | $1,071,599.07 | $345,004.07 | $345,004.07 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ross R. Hartog, Trustee | 2100-000 | NA | $34,361.35 | $34,361.35 | $34,361.35 |
| Ross R. Hartog, Trustee | 2200-000 | NA | $183.34 | $183.34 | $183.34 |
| Settlement Charges (Ref Line 502, less Realtor Commission) | 2500-000 | NA | $6,133.89 | $6,133.89 | $6,133.89 |
| Payment of County | 2820-000 | NA | $762.04 | $762.04 | $762.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Taxes [Ref Line 511] | | | | | |
| MRTH PA, Attorney for Trustee | 3110-000 | NA | $48,902.50 | $48,902.50 | $48,902.50 |
| MRTH PA, Attorney for Trustee | 3120-000 | NA | $3,122.14 | $3,122.14 | $3,122.14 |
| Hylton Wynick, Accountant for Trustee | 3410-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Hylton Wynick, Accountant for Trustee | 3420-000 | NA | $89.27 | $89.27 | $89.27 |
| Realtor Commission (Becket Realty Advisors, LLC) [Ref. Line 701], Realtor for Trustee | 3510-000 | NA | $11,550.00 | $11,550.00 | $11,550.00 |
| Realtor Commission (Trust Realty Team) [Ref. Line 701], Realtor for Trustee | 3510-000 | NA | $11,550.00 | $11,550.00 | $11,550.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $118,654.53 | $118,654.53 | $118,654.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank Of The West | 7100-000 | $106,000.00 | $121,383.44 | $121,383.44 | $6,050.55 |
| 2 | TD Bank, USA | 7100-000 | $975.00 | $1,022.52 | $1,022.52 | $50.97 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $1,431.00 | $1,415.89 | $1,415.89 | $70.58 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $804.00 | $1,101.22 | $1,101.22 | $54.89 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $200.00 | $516.95 | $516.95 | $25.77 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $1,721.00 | $2,294.18 | $2,294.18 | $114.36 |
| 7 | American Express National Bank | 7100-000 | $3,241.00 | $3,719.28 | $3,719.28 | $185.39 |
| 8 | American Express National Bank | 7100-000 | $7,372.82 | $7,594.97 | $7,594.97 | $378.58 |
| 9-2 | Hyundai Lease | 7100-000 | $0.00 | $5,085.21 | $5,085.21 | $253.48 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Titling Trust |  |  |  |  |  |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $924.00 | $953.23 | $953.23 | $47.52 |
| 11-G | Ocean Bank | 7100-000 | $0.00 | $2,654,736.11 | $3,036,041.10 | $151,336.26 |
|  | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Ocean Bank | 7100-000 | $933,242.96 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank/Banana Republic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Ally Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Amex | 7100-000 | $3,241.00 | $0.00 | $0.00 | $0.00 |
|  | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Amex | 7100-000 | $1,936.00 | $0.00 | $0.00 | $0.00 |
|  | Bank America | 7100-000 | $550,000.00 | $0.00 | $0.00 | $0.00 |
|  | Bank Of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bank Of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One/Neiman Marcus/Bergdorf Goodm | 7100-000 | $1,463.00 | $0.00 | $0.00 | $0.00 |
|  | Cbe Group | 7100-000 | $672.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $2,324.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank/The Home Depot | 7100-000 | $691.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bank/Pottery Barn | | | | | |
| | Comenitybank/New York | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Discover Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | First Premier Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mercedes-Benz Financial Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mercedes-Benz Financial Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nicklaus Childrne's Hospital | 7100-000 | $2,510.00 | $0.00 | $0.00 | $0.00 |
| | Nissan Motor Acceptance Corp/Infinity Lt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nmac | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nordstrom FSB | 7100-000 | $1,962.00 | $0.00 | $0.00 | $0.00 |
| | Ocean Bank | 7100-000 | $1,286,718.66 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Servicing | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Servicing, Llc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Onewest Bank FSB | 7100-000 | $273,772.00 | $0.00 | $0.00 | $0.00 |
| | OneWest Bank Mortgage Servicing | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | OneWest Bank Mortgage Servicing | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Pier 1/Comenity Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Real Time Resolutions | 7100-000 | $4,634.64 | $0.00 | $0.00 | $0.00 |
| | Security Check | 7100-000 | $84,912.00 | $0.00 | $0.00 | $0.00 |
| | South Shore Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SYNCB/BRMart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SYNCB/BRMart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/ Old Navy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Banana Republic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Banana Republic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Synchrony Bank/Banana Republic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Banana Republic | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/HH Gregg | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Synchrony Bank/Sound Advice | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Visa Dept Store National Bank/Macy's | 7100-000 | $2.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Financia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | West Kendall Baptist Hospital | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | West Kendall Baptist Hospital | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,271,600.08 | $2,799,823.00 | $3,181,127.99 | $158,568.35 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 18-15399-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | PEREZ, EDUARDO R. AND PEREZ, ESPERANZA C. | Date Filed (f) or Converted (c): | 05/04/2018 (f) |
| For the Period Ending: | 12/3/2019 | §341(a) Meeting Date: | 06/13/2018 |
| | | Claims Bar Date: | 11/24/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  14831 SW 34 Lane, MIami, FL | $400,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Notice of Abandonment [ECF 85] | | | | | |
| 2  314 Windley Road, Key Largo, FL | $255,000.00 | $69,000.00 | | $385,000.00 | FA |
| **Asset Notes:** Notice of Filing HUD-1 [ECF 59] | | | | | |
| 3  2016 Dodge RAM 1500 | $31,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Notice of Abandonment [ECF 85] | | | | | |
| 4  2016 Hundai Sonata | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** This vehicle was listed on the Debtors' Schedule B.  Its a leased vehicle, which is not property of the Estate. | | | | | |
| 5  Furniture | $5,245.00 | $0.00 | | $0.00 | FA |
| 6  Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 7  Men's Jewelry | $300.00 | $0.00 | | $0.00 | FA |
| 8  Women's Jewelry | $250.00 | $0.00 | | $0.00 | FA |
| 9  Regions C#4530 | $58.82 | $0.00 | | $0.00 | FA |
| 10  Space Coast C#5857 | $97.62 | $0.00 | | $0.00 | FA |
| 11  TD C#2568 | $0.00 | $0.00 | | $0.00 | FA |
| 12  Regions S#6235 | $2.00 | $0.00 | | $0.00 | FA |
| 13  Wells Fargo C#0590 | $313.97 | $0.00 | | $0.00 | FA |
| 14  Wells Fargo C#5063 | $167.07 | $0.00 | | $0.00 | FA |
| 15  100% Interest: Powerhouse Builders of South Florida, Inc. | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Notice of Abandonment [ECF 85] | | | | | |
| 16  100% Interest: Nated Investments II, Inc. | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** Notice of Abandonment [ECF 92] | | | | | |
| 17  State General Contractors License | $0.00 | Unknown | | $0.00 | FA |
| 18  Accidental Death Insurance | $30,000.00 | $0.00 | | $0.00 | FA |
| 19  Office Furniture | $400.00 | $0.00 | | $0.00 | FA |
| 20  Transfers by and between the Debtor/Nated Investments (u) | $0.00 | $237,226.95 | | $237,226.95 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $723,134.48 | $306,226.95 | | | $622,226.95 | $0.00 |

**Major Activities affecting case closing:**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2
Exhibit 8

| Case No.: | 18-15399-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | PEREZ, EDUARDO R. AND PEREZ, ESPERANZA C. | Date Filed (f) or Converted (c): | 05/04/2018 (f) |
| For the Period Ending: | 12/3/2019 | §341(a) Meeting Date: | 06/13/2018 |
| | | Claims Bar Date: | 11/24/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

12/03/2019   Status: TDR submitted to UST on 12/3/19.

TFR entered on 10/1/19 [ECF 101].

TFR submitted to the UST on 9/9/19.

Trustee hired counsel (J. Lee); an accountant (H. Wynick); and a real estate broker (B. Beckett).

The Trustee settled with the Debtors and Nated Investments II, Inc. ("Nated") regarding certain Transfers. In lieu of litigating the transfers, the Debtors will sell real property located at 50 NW 18 Avenue, Miami, FL 33125 (the "Miami Property") and at 314 Windley Road, Key West (the "Keys Property"). A motion to approve the settlement was filed on 2/26/19 [ECF 66] and approved by the Court on 3/26/19 [ECF 71].

Contracts to sell both properties have been executed. The Trustee filed a motion to approve the sale of the Keys Property [ECF 74], which was approved on 4/26/19 [ECF 86].

Ocean Bank holds a judgment against the Debtors and asserted liens on the properties. The Trustee negotiated with Ocean Bank concerning its liens and judgments against the Debtors and the properties to facilitate the sale of same.

The Trustee abandoned the Estate's interest in the following assets: (1) homestead property located at 14831 SW 34 Lance, Miami, FL; (2) 2016 Dodge RAM 1500; and (3) 100% Interest in Powerhouse Builder of South Florida, Inc. [ECF 85].

The Trustee has also abandoned the Estate's interest in 100% Interest: Nated Investments II, Inc. [ECF 92].

CBD: 11/24/18

Tax Returns: Not Applicable at this time

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2021 |
| Current Projected Date Of Final Report (TFR): | 09/09/2019 |

/s/ ROSS R. HARTOG
ROSS R. HARTOG

Page No: 1    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-15399-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | PEREZ, EDUARDO R. AND PEREZ, ESPERANZA C. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9573 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | **-***9574 | Account Title: | |
| For Period Beginning: | 5/4/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 12/3/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2019 | | Markowitz Ringel Trusty & Hartog, PA | Proceeds of sale of the Keys property per Order dated 4/26/19 [ECF No. 86] **Reference Lines refer to the HUD-1 to be provided with the TFR** | * | $10,000.00 | | $10,000.00 |
| | | | Settlement Charges (Ref Line 502, less Realtor Commission)   $(6,133.89) | 2500-000 | | | $10,000.00 |
| | | | Payoff of First Mortgage (Ocean Bank) [Ref. Line 504]   $(345,290.02) | 4110-000 | | | $10,000.00 |
| | | | Payment of County Taxes [Ref Line 511]   $(762.04) | 2820-000 | | | $10,000.00 |
| | | | Realtor Commission (Trust Realty Team) [Ref. Line 701]   $(11,550.00) | 3510-000 | | | $10,000.00 |
| | | | Realtor Commission (Becket Realty Advisors, LLC) [Ref. Line 701]   $(11,550.00) | 3510-000 | | | $10,000.00 |
| | {2} | | Sales Proceeds [Ref Line 401]   $385,000.00 | 1110-000 | | | $10,000.00 |
| | | | Adjustment of Maintenance Fees from 4/30/2019 to 9/30/9 [Ref. Lines 409 and 410]   $285.95 | 4110-000 | | | $10,000.00 |
| 05/17/2019 | (20) | Markowitz Ringel Trusty & Hartog, PA | Settlement Payment per Order dated 3/26/19 [ECF No. 71] | 1241-000 | $237,226.95 | | $247,226.95 |
| 10/24/2019 | 5001 | Hylton Wynick | Claim #: ; Distribution Dividend: 100.00;  Dividend: 0.80 Dividend: 0.80; Account Number: ; | 3410-000 | | $2,000.00 | $245,226.95 |
| 10/24/2019 | 5002 | Hylton Wynick | Claim #: ; Distribution Dividend: 100.00;  Dividend: 0.03 Dividend: 0.03; Account Number: ; | 3420-000 | | $89.27 | $245,137.68 |
| 10/24/2019 | 5003 | MRTH PA | Claim #: ; Distribution Dividend: 100.00;  Dividend: 19.78 Dividend: 19.78; Account Number: ; | 3110-000 | | $48,902.50 | $196,235.18 |
| 10/24/2019 | 5004 | MRTH PA | Claim #: ; Distribution Dividend: 100.00;  Dividend: 1.26 Dividend: 1.26; Account Number: ; | 3120-000 | | $3,122.14 | $193,113.04 |
| 10/24/2019 | 5005 | Ross R. Hartog | Trustee Compensation | 2100-000 | | $34,361.35 | $158,751.69 |
| 10/24/2019 | 5006 | Ross R. Hartog | Trustee Expenses | 2200-000 | | $183.34 | $158,568.35 |
| 10/24/2019 | 5007 | Bank Of The West | Claim #: 1; Distribution Dividend: 4.98;  Dividend: 2.44 Dividend: 2.44; Account Number: ; | 7100-000 | | $6,050.55 | $152,517.80 |

SUBTOTALS    $247,226.95    $94,709.15

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-15399-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | PEREZ, EDUARDO R. AND PEREZ, ESPERANZA C. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9573 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | **-***9574 | Account Title: | |
| For Period Beginning: | 5/4/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 12/3/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2019 | 5008 | TD Bank, USA by American InfoSource as agent | Claim #: 2; Distribution Dividend: 4.98; Dividend: 0.02 Dividend: 0.02; Account Number: ; | 7100-000 | | $50.97 | $152,466.83 |
| 10/24/2019 | 5009 | Capital One Bank (USA), N.A. | Claim #: 3; Distribution Dividend: 4.98; Dividend: 0.02 Dividend: 0.02; Account Number: ; | 7100-000 | | $70.58 | $152,396.25 |
| 10/24/2019 | 5010 | Capital One Bank (USA), N.A. | Claim #: 4; Distribution Dividend: 4.98; Dividend: 0.02 Dividend: 0.02; Account Number: ; | 7100-000 | | $54.89 | $152,341.36 |
| 10/24/2019 | 5011 | Capital One Bank (USA), N.A. | Claim #: 5; Distribution Dividend: 4.98; Dividend: 0.01 Dividend: 0.01; Account Number: ; | 7100-000 | | $25.77 | $152,315.59 |
| 10/24/2019 | 5012 | Capital One Bank (USA), N.A. | Claim #: 6; Distribution Dividend: 4.98; Dividend: 0.04 Dividend: 0.04; Account Number: ; | 7100-000 | | $114.36 | $152,201.23 |
| 10/24/2019 | 5013 | Becket and Lee LLP | Claim #: 7; Distribution Dividend: 4.98; Dividend: 0.07 Dividend: 0.07; Account Number: ; | 7100-000 | | $185.39 | $152,015.84 |
| 10/24/2019 | 5014 | Becket and Lee LLP | Claim #: 8; Distribution Dividend: 4.98; Dividend: 0.15 Dividend: 0.15; Account Number: ; | 7100-000 | | $378.58 | $151,637.26 |
| 10/24/2019 | 5015 | Hyundai Lease Titling Trust | Claim #: 9; Distribution Dividend: 4.98; Dividend: 0.10 Dividend: 0.10; Account Number: ; | 7100-000 | | $253.48 | $151,383.78 |
| 10/24/2019 | 5016 | PYOD, LLC its successors and assigns as assignee | Claim #: 10; Distribution Dividend: 4.98; Dividend: 0.01 Dividend: 0.01; Account Number: ; | 7100-000 | | $47.52 | $151,336.26 |
| 10/24/2019 | 5017 | Ocean Bank | Claim #: 11; Distribution Dividend: 4.98; Dividend: 61.21 Dividend: 61.21; Account Number: ; | 7100-000 | | $151,336.26 | $0.00 |

                                              **SUBTOTALS**      $0.00      $152,517.80

Page No: 3     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-15399-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | PEREZ, EDUARDO R. AND PEREZ, ESPERANZA C. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9573 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | **-***9574 | Account Title: | |
| For Period Beginning: | 5/4/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 12/3/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $247,226.95 | $247,226.95 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $247,226.95 | $247,226.95 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $247,226.95 | $247,226.95 | |

| For the period of 5/4/2018 to 12/3/2019 | | For the entire history of the account between 05/03/2019 to 12/3/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $622,226.95 | Total Compensable Receipts: | $622,226.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $622,226.95 | Total Comp/Non Comp Receipts: | $622,226.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $622,226.95 | Total Compensable Disbursements: | $622,226.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $622,226.95 | Total Comp/Non Comp Disbursements: | $622,226.95 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 4      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-15399-AJC | Trustee Name: | Ross R. Hartog |
| --- | --- | --- | --- |
| Case Name: | PEREZ, EDUARDO R. AND PEREZ, ESPERANZA C. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***9573 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | **-***9574 | Account Title: | |
| For Period Beginning: | 5/4/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 12/3/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $247,226.95 | $247,226.95 | $0.00 |

For the period of 5/4/2018 to 12/3/2019

| | |
| --- | --- |
| Total Compensable Receipts: | $622,226.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $622,226.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $622,226.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $622,226.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between 05/04/2018 to 12/3/2019

| | |
| --- | --- |
| Total Compensable Receipts: | $622,226.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $622,226.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $622,226.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $622,226.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROSS R. HARTOG

ROSS R. HARTOG